IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHIVANGI PATEL**       **Plaintiff,** | : : : |
| v. | : :  **CIVIL ACTION NO. 14-4955** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY**       **Defendant.** | : : : : |

### ORDER

**AND NOW**, this 13th day of October 2016, after careful review and independent consideration of Plaintiff's request for review, Defendant's response, the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, the objections to the Report and Recommendation and the response thereto, it is hereby **ORDERED** that:

1. The Objections to Report and Recommendation are **SUSTAINED**;

2. The Report and Recommendation is **REJECTED IN PART** and **NOT APPROVED** as set forth in the accompanying Memorandum Opinion;

3. The Plaintiff's request for reversal is **GRANTED**; and

4. The case is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation and the accompanying Memorandum Opinion pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**